# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0234
Lower Tribunal No. 2015-CF-000872

_____

SONY LUBIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Osceola County.
Tanya Davis Wilson, Judge.

May 19, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, BROWNLEE and PRATT, JJ., concur.


Sony Lubin, Milton, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED